```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 09402
   GORDON R KIRK
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0080

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  17.00%.

     The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
  TOYOTA MOTOR CREDIT        SECURED         5844.54         502.41       3270.84
  ECAST SETTLEMENT CORP      UNSECURED       8376.92            .00           .00
  FLEET CARD                 UNSECURED      NOT FILED          .00            .00
  RONALD D CUMMINGS          DEBTOR ATTY     2,394.00                     2,394.00
  TOM VAUGHN                 TRUSTEE                                        332.75
  DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE              6,500.00

  PRIORITY                                        .00
  SECURED                                    3,270.84
     INTEREST                                  502.41
  UNSECURED                                       .00
  ADMINISTRATIVE                             2,394.00
  TRUSTEE COMPENSATION                         332.75
  DEBTOR REFUND                                   .00
                      ---------------       ---------------
  TOTALS               6,500.00              6,500.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 09402 GORDON R KIRK

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
        CASE NO. 05 B 09402 GORDON R KIRK